UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
COMPANIA SUD AMERICANA DE VAPORES,   :   08 Civ. 1954 (GEL)
                :
        Plaintiff,   :
                :   ECF CASE
   - against -   :
                :
ALLIED MARITIME INC. a/k/a ALLIED MARITIME,   :
                :
        Defendant.   :
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

### ORDER TO UNSEAL CASE

This Court ordered on February 27, 2008, pursuant to Plaintiff's motion that this case be sealed. Upon application of the Plaintiff, if is now hereby

ORDERED that this case is UNSEALED;

IT IS FURTHER ORDERED that all papers filed heretofore will be posted electronically on the Court's ECF system.

Dated: New York, NY
       March 6, 2008

                                SO ORDERED

                                _____
                                Hon. Gerard E. Lynch
                                United States District Judge