

JUDGE LYNCH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 1954

------------------------------------------------------------X

COMPANIA SUD AMERICANA DE VAPORES,          :     08 Civ. _____

                Plaintiff,                        :

                              :     ECF CASE

   - against -                                        :

ALLIED MARITIME INC. a/k/a ALLIED MARITIME,   :

               Defendant.                      :

------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates

of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the

Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: February 27, 2008
      New York, NY

                        The Plaintiff,
                        COMPANIA SUD AMERICANA DE VAPORES

                        By: _____
                        Charles E. Murphy
                        Kevin J. Lennon
                        LENNON, MURPHY & LENNON, LLC
                        The Gray Bar Building
                        420 Lexington Ave., Suite 300
                        New York, NY 10170
                        (212) 490-6050
                        facsimile (212) 490-6070
                        kjl@lenmur.com