UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMPANIA SUD AMERICANA DE VAPORES,

                Plaintiff,

-against-

ALLIED MARITIME INC. a/k/a ALLIED MARITIME,

                Defendant.

08 CV 1954 (GEL)



### ORDER DIRECTING UBS AG TO PAY
### ATTACHED FUNDS INTO THE REGISTRY OF THE DISTRICT COURT

UBS AG ("UBS"), a garnishee of assets of defendant Allied Maritime Inc. a/k/a Allied Maritime, pursuant to a maritime writ of attachment issued in the above-captioned maritime action, having applied for an order directing UBS to pay the funds attached in the amount of $1,811,345.75 (the "Attached Funds") into the registry of the Court, and good cause having been shown for such an order,

**IT IS HEREBY ORDERED** that, pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, UBS shall pay the Attached Funds into the registry of the Court, and UBS shall have discharged its obligations as garnishee in this action upon making such payment of the Attached Funds into the registry of the Court.

DONE this 9th day of April, 2008

_____
Hon. Gerard E. Lynch
United States District Judge