UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
COMPANIA SUD AMERICANA DE VAPORES,          :     08 Civ. 1954 (GEL)
                                            :
                Plaintiff,                  :
                                            :     ECF CASE
        - against -                         :
                                            :
ALLIED MARITIME INC. a/k/a ALLIED MARITIME, :
                                            :
                Defendant.                  :
------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, there having been no appearance from Defendant, that the above-captioned matter be and hereby is voluntarily dismissed with prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

Dated:    New York, NY
          August 7, 2008

                                        The Plaintiff,
                                        COMPANIA SUD AMERICANA DE VAPORES

                                        By: /s/ Kevin J. Lennon
                                            Kevin J. Lennon

                                        LENNON, MURPHY & LENNON, LLC
                                        420 Lexington Avenue, Suite 300
                                        New York, NY 10170
                                        (212) 490-6050 - phone
                                        (212) 490-6070 - facsimile
                                        kjl@lenmur.com